UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>              Petitioner,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>              Respondent. | 1:05-CV-1489 AWI SMS HC<br><br>ORDER DENYING PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PETITIONER TO PAY THE FILING FEE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 8, 2005, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Central District of California. By order of the Court dated November 14, 2005, the case was transferred to the Eastern District and received in this Court. On December 22, 2005, this Court issued an order directing Petitioner to submit a completed application to proceed in forma pauperis or pay the filing fee. Petitioner was granted thirty (30) days to comply; however, Petitioner failed to do so within the allotted time. Therefore, on February 15, 2006, the Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to comply with a court order. Petitioner was granted thirty (30) days to file objections.

On February 22, 2006, Petitioner filed a reply to the Findings and Recommendation. Petitioner states he has attempted to comply with the Court's order in this case and in the numerous

other cases which were recently transferred from the Central District by presenting the appropriate paperwork to his prison trust account office. Petitioner complains the prison trust account office has refused to comply with any of his requests despite Petitioner's attempts to obtain the necessary documents.

The Court hereby takes judicial notice of Washington v. Woodford, 1:05-CV-1487 OWW LJO HC. In that case, the same situation occurred and Petitioner made the same claim of obstruction and delay. Thus, the Magistrate Judge issued an order directing the warden to submit a certified copy of Petitioner's prison trust account statement. On April 10, 2006, the warden did so.  Examination of that document reveals that Petitioner is able to afford the five dollar ($5.00) filing fee. Six months ago, Petitioner had an account balance of $1,120.35.  the current balance of Petitioner's prison trust account  is $368.05.  Accordingly, the motion to proceed in forma pauperis is DENIED. See 28 U.S.C. § 1915. Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of service of this order.  Failure to follow this order will result in the petition's dismissal pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   May 29, 2006**           **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE