UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, ) | 1:05-CV-1489 AWI SMS HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION [Doc. #7] |
| ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS AND DIRECTING |
| v. ) | CLERK OF COURT TO ENTER JUDGMENT |
| ) | |
| ) | ORDER DENYING PETITIONER'S |
| ) | MOTION TO VACATE [Doc. #8] |
| ) | |
| ARNOLD SCHWARZENEGGER, ) | ORDER DENYING PETITIONER'S |
| ) | APPLICATION TO PROCEED IN FORMA |
| Respondent. ) | PAUPERIS [Doc. #9] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 26, 2006, the Magistrate Judge issued a Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED for failure to comply with a court order. Specifically, Petitioner failed to pay the filing fee as ordered by the undersigned on June 1, 2006. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date

of service of the order.

Petitioner did not timely file objections. However, on September 5, 2006, Petitioner filed a motion to vacate and an application to proceed in forma pauperis. The Court has addressed the grounds for his motion to vacate on countless occasions in this case and in others. See, e.g., Washington v. Woodford, 1:05-CV-1487 OWW LJO HC; Washington v. Scribner, 1:05-CV-1536 OWW LJO HC; Washington v. Woodford, et al., 1:05-CV-1608 OWW TAG HC; Washington v. Scribner, 1:05-CV-1547 AWI DLB HC; Washington v. Scribner, 1:05-CV-1535 OWW TAG HC; Washington v. Woodford, 1:06-CV-0001 OWW TAG HC; Washington v. Woodford, 1:05-CV-1506 AWI DLB HC; Washington v. Woodford, 1:05-CV-1490 REC WMW HC; Washington v. Scribner, 1:05-CV-1488 AWI TAG HC; Washington v. Woodford, 1:05-CV-1477 REC DLB HC. Petitioner's allegations are a common refrain. He states he paid the filing fee in April of 2006, and he claims he has submitted several applications to proceed in forma pauperis. However, Petitioner has been repeatedly informed in these cases that the Court did not receive the filing fees he allegedly forwarded. In addition, his applications to proceed in forma pauperis have all been denied because it was determined he could afford the cost of the actions.

Petitioner maintains prison officials have conspired to obstruct his attempts to comply with the various orders in the above cases. However, his complaints of obstruction and malfeasance by the prison trust account office are completely unsubstantiated and unfounded, because he has failed to provide any specifics on his attempts to comply, despite having several opportunities to do so. Moreover, according to the records in several cases, it was Petitioner who caused obstruction by continually refusing to accept mail from the Court. See Washington v. Woodford, 1:05-CV-1626 OWW DLB HC; Washington v. Woodford, 1:06-CV-0316 AWI SMS HC; Washington v. Woodford, et al., 1:05-CV-1507 AWI WMW HC; Washington v. Woodford, 1:05-CV-1506 AWI DLB HC; Washington v. Woodford, et al., 1:05-CV-1505 OWW WMW HC. Further, Petitioner's claims are belied by the fact he paid the filing fees in several other cases when ordered to do so. See Washington v. Scribner, 1:05-CV-1537 REC TAG HC; Washington v. Scribner, 1:05-CV-1612 AWI WMW HC; Washington v. Alameida, 1:05-CV-1510 AWI WMW HC; Washington v. Scribner, 1:05-CV-1509 OWW WMW HC; Washington v. Scribner, 1:05-CV-1508 AWI TAG HC;

U.S. District Court
E. D. California                cd                                                2

Washington v. Scribner, 1:05-CV-1491 AWI DLB HC; Washington v. Scribner, 1:05-CV-1486 AWI TAG HC; Washington v. Scribner, 1:05-CV-1484 OWW WMW HC.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued July 26, 2006, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED without prejudice;

3. Petitioner's motion to vacate is DENIED;

4. Petitioner's application to proceed in forma pauperis is DENIED; and

5. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:    October 6, 2006**               /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE