UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:05-CV-01489 AWI SMS HC |
| Petitioner, | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| v. | ) | MOTION TO VACATE |
| | ) | |
| ARNOLD SCHWARZENEGGER, | ) | [Doc. #12] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 26, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be dismissed and judgment be entered. On October 6, 2006, the undersigned adopted the Findings and Recommendation in full, dismissed the case, and directed that judgment be entered.  The Clerk of Court entered judgment on the same date.

On November 28, 2006, Petitioner filed a motion to vacate pursuant to Federal Rules of Civil Procedure § 60(b).

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

> the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not

have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Petitioner fails to meet this standard. Petitioner does not set forth any arguments or evidence that have not already been considered by this Court. Petitioner's arguments present no basis for relief.

Accordingly, Petitioner's motion to vacate is DENIED.

IT IS SO ORDERED.

**Dated:     March 13, 2007**               /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE